LEO D. PLOTKIN (SBN 101893)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049-1633
Telephone: (310) 471-3000
Email: lplotkin@lsl-la.com

Attorneys for Secured Creditor
Silicon Valley Bank

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No. 1:09-bk-12675 MT |
| NORTH AMERICAN SCIENTIFIC, INC., a California corporation | Chapter 11 |
| Debtor. | REQUEST FOR NOTICE AND SPECIAL NOTICE |

TO THE UNITED STATES BANKRUPTCY COURT AND TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Secured Creditor Silicon Valley Bank hereby requests that it be given special notice of all proceedings in the above-captioned bankruptcy case, and further requests that all special and regular notices directed to creditors of the Debtor be sent to Silicon Valley Bank addressed as follows:

-1-

| | |
|---|---|
| 1 | Silicon Valley Bank |
| 2 | c/o Leo D. Plotkin, Esq. |
| | Levy, Small & Lallas |
| 3 | 815 Moraga Drive |
| | Los Angeles, California 90049-1633 |
| 4 | |
| 5 | DATED: March 12, 2009 |

                                      LEO D. PLOTKIN
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations

By: /s/Leo D. Plotkin
      Leo D. Plotkin
Attorneys for Secured Creditor
Silicon Valley Bank

23408

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049.

On March 12, 2009, I served the documents described as **REQUEST FOR NOTICE AND SPECIAL NOTICE** on the interested parties in this action by placing a true copy thereof in sealed envelope(s) addressed as follows:

SEE ATTACHED SERVICE LIST

☒ By Mail

☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

❑ (By Service of Court via Notice of Electronic Filing ("NEF") Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document will be served by the Court via NEF and hyperlink to the document. I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated on the attached service list.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed March 12, 2009, at Los Angeles, California.

/s/Heidi Petrilli_____
Heidi Petrilli

**SERVICE LIST**

**Debtor**
North American Scientific, Inc.
20200 Sunburst St.
Chatsworth, CA 91311

**Counsel for Debtor**
Garrick A. Hollander, Esq.
Marc J Winthrop, Esq.
Kavita Gupta, Esq.
Winthrop Couchot P.C.
660 Newport Center Dr Ste 400
Newport Beach, CA 92660

**U.S. Trustee**
United States Trustee (SV)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367